UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFFREY ALAN DUPUIS,

    Petitioner,

  vs.                                    CASE NO. 06-15720
                                          HON. LAWRENCE P. ZATKOFF

THOMAS K. BELL,

    Respondent.
_____/

## OPINION AND ORDER ADOPTING MAGISTRATE
## JUDGE'S REPORT AND RECOMMENDATION

      Petitioner, proceeding *pro se*, filed an application for a writ of habeas corpus (Docket #1). This matter is currently before the Court on Magistrate Judge Komives' Report and Recommendation regarding the application for writ of habeas corpus (Docket #13). The Magistrate Judge recommends that Petitioner's application for the writ of habeas corpus be denied. Neither party has filed any objections to the Report and Recommendation and the time for filing any objections has expired.

      After a thorough review of the court file and the Report and Recommendation, this Court will adopt the Report and Recommendation and enter it as the findings and conclusions of this Court. Accordingly, the Court hereby DENIES Petitioner's application for a writ of habeas corpus. Judgment shall be entered accordingly.

      IT IS SO ORDERED.

                                                  s/Lawrence P. Zatkoff
                                                  LAWRENCE P. ZATKOFF
                                                  UNITED STATES DISTRICT JUDGE

Dated: December 10, 2008

CERTIFICATE OF SERVICE

      The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on December 10, 2008.

                                          s/Marie E. Verlinde
                                          Case Manager
                                          (810) 984-3290